(Name) Chadwick ARDY Dec.

(Address) P. O Box 8101 cmc

(City, State, Zip) San luis obispo CA 93409

(CDC Inmate No.) T-13047.

2254 ___ 1983 ✓
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ___ No ✓
COPIES SENT TO
Court ✓ ProSe ___

FILED
MAY 29 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# United States District Court
## Southern District of California

Chadwick ARDY, (Enter full name of plaintiff in this action.)

Plaintiff,

v.

San Diego Police DPT,
(Enter full name of each defendant in this action.)

Defendant(s).

'08 CV 0966 BTM POR

Civil Case No. ___________
(To be supplied by Court Clerk)

Complaint Under the Civil Rights Act 42 U.S.C. § 1983

**A. Jurisdiction**

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

**B. Parties**

1. Plaintiff: This complaint alleges that the civil rights of Plaintiff, Chadwick ARDY (print Plaintiff's name), who presently resides at CMC EAST PO Box 8101 (mailing address or place of confinement), were violated by the actions of the below named individuals. The actions were directed against Plaintiff at Down Town San Diego (institution/place where violation occurred) on (dates) June of 05 (Count 1), ___ (Count 2), and ___ (Count 3).

2. Defendants: (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant Officer Hall (name) resides in San Diego (County of residence), and is employed as a Team 8 Police officer (defendant's position/title (if any)). This defendant is sued in his/her ☒ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: He ask me To help him Fine Drugs I Told him No! He offied me some Money I Still Sead No! He goT mad.

Defendant The cop who BeaT me (name) resides in San Diego (County of residence), and is employed as a San Diego Police officer (defendant's position/title (if any)). This defendant is sued in his/her ☒ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: He ask me IF my name was melvan I Told him No He Told me To geT on The curb I Told him I was on The curb He Told me To grab The Fence when I DiD he Hit me from Behine

Defendant David K Rackin (name) resides in San Diego (County of residence), and is employed as a Lowyer for The CouT * (defendant's position/title (if any)). This defendant is sued in his/her ☒ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: He DiD NoT Fight For me in No kind of way. They DID NOT leT me look aT The Discavery. and he puT some Body Else who I dont know as my Crimey.

Defendant (name) resides in (County of residence), and is employed as a (defendant's position/title (if any)). This defendant is sued in his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law:

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated:

(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.] Officer Hall Came up To me and ask me To help him Fine Some Dope? I Told him No! Then he Wanted To pay me. again I said No! He got mad and walk To The other side of The street and Sat Down on The side walk. a crack head who goes By The name shorty was walking Down The street. officer Hall called him, Shorty Then sat next To him. They Talk for a while. Then officer Hall went into his Pockets and pulled out some money. He Then gave shorty some money. shorty then walk To The Bridge. He was gone for about 5 min as he was coming Down from The Bridge he was putting Things into his pocket. and I know it was Drug's He came Back To officer Hall Sat Back Down Next To him and Then put something into his hand. officer Hall look happy and put it into a Bag. and gave shorty some more money. shorty goes To The Trolley stop officer Hall walk Down To The Taco Shop. next Thing I know I see and here a police car coming up The street and I said To my self Shorty Did a Buy and Bust. The Cop Did NOT go for shorty he came strght for me.

Count 2: The following civil right has been violated: DiDnT See a Doctor.
DiDnT read me my righT Beat me up for no reason.
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.] The cop car stop at me.
almost hit me, The Passeager window was Down.
and I walk To The window. The cop ask me if
I was melvan? I Told him No! The cop ask me
To geT on The curb? I Toid him I am on The
Curb. The cop Then PuT on his Black glove and
Told me To grab The Fince. as I was walking To the
Fince The cop hit me from Behine. I hit The ground
The cop Then grab me By The ShurT and slame
me into The Finder, holdding my head Down on The
hood. He Patted me Down and found nothing. I Then
ask The cop am I Free To go? He Said nothing
BuT grab me again and Body slame me on The hood
I Felt a Painful Pop in my lowyer Back. I slid
Down The hood The cop grab me agian This Time
The Back corner of my head hit The windshild.
and my right Ear Hit The lip of The hood,
which I lost hereing in my right Ear. I now
have sezzer from The Beatting. The cop PuT
me on my Back and shock me on The left
Side of my jaw, Broke my Tooth To when
I had To get it Pull ouT aT cmc East
The cop lie on me and To The courT

Count 3: The following civil right has been violated: He wouldnT let me see a Doctor my right DiDnt let me File a report abouT whaT happen. To me
(E.g., right to medical care, access to courts,

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.] my lowyer David k Rackin He help The police put me in prison I Told This man I was Beat up By The S.D.P.D officer He Told me he Belive me But still Did not help me. I Told him I wanted To go To trile he Told me No! his reason was The court would of got me a all write jury and I would lose and 6yr would of turn To 12 yr. he wouldn't let me see The Discovery no Kind of paper work he lie To me about the Deal. He Told me if I sign The Deal He will help me Take my Ple Back But never Did he lie To me I call him he never return my call's he put some white man who I never seen Befor Telling me This was my crimey. I never seen This man in my life. I Told him To go and look at my close with Blood on Them from my Ear. He Didnt Because if he Did I wouldnt not Be sitting here now.

**D. Previous Lawsuits and Administrative Relief**

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☒ Yes ☐ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: Chadwick ARDY Demetrius
Defendants: San Diego Police Department
(b) Name of the court and docket number: Southern District Court of California.
(c) Disposition: [ For example, was the case dismissed, appealed, or still pending?] They Threw My case out Because I could not pay 3.50 00.
(d) Issues raised:
I send in my accounT statment. But The courT still Threw my case out My Counsler ms Beldwind DID The paper work and help me.
(e) Approximate date case was filed: September of 05.
(f) Approximate date of disposition: May of 08.

2. Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.] ? ☒ Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not sought. I DID The 602 and They Told me That They could noT help me Becaude This wasnT on The prison This happen on The street. By a san Diego police officerll I Told Them I DID nothing To Breck The law The cop lia on the paper work and To the court, officer Hall gave money To a crack head who goes By The name shorty. He DID NOT give me nothing not one Dame cenT He work with shorty I goT cough up in The lie of Both cop. That all

**E. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s): Pay for my meds That I have To take for The rest of my life for The sezzur 900.00 for my hereing aids

2. Damages in the sum of $ 3.15 million Dollors

3. Punitive damages in the sum of $ 3.15 Million Dallor's

4. Other: when I go and see a Doctor I will Tell them who DID This To me.

**F. Demand for Jury Trial**

Plaintiff demands a trial by ☒ Jury ☐ Court. (Choose one.)

**G. Consent to Magistrate Judge Jurisdiction**

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☒ Plaintiff consents to magistrate judge jurisdiction as set forth above.

**OR**

☐ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

I declare under the penalty of perjury that the foregoing is true and correct.

5/21/08
Date

Chadwick ARDY P.
Signature of Plaintiff

I would like To come Back To court and Tell The Trueth about what That Baster Did To me. The trueth will come out Becouse I'm going To the new's station and Tell Them what really happen That Day.

Thank you

Chadwick Ardy

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

2254 1983 ✓
FILING FEE PAID
Yes No
IFP MOTION FILED
Yes No
COPIES SENT TO
Court Pro Se

FILED
MAY 29 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

**I (a) PLAINTIFFS**

**Chadwick Ardy**

**DEFENDANTS**

**San Diego Police Department**

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** San Luis Obispo
**(EXCEPT IN U.S. PLAINTIFF CASES)**

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT**
**(IN U.S. PLAINTIFF CASES ONLY)**

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

**Chadwick Ardy**
**PO Box 8101**
**San Luis Obispo, CA 93409**
**T-13047**

**ATTORNEYS (IF KNOWN)**

**'08 CV 0966 BTM POR**

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT (For Diversity Cases Only)**

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

**42 U.S.C. 1983**

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

**CONTRACT**
- ☐ 110 Insurance
- ☐ Marine
- ☐ Miller Act
- ☐ Negotiable Instrument
- ☐ 150 Recovery of Overpayment &Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153Recovery of Overpayment of Veterans Benefits
- ☐ 160 Stockholders Suits
- ☐ Other Contract
- ☐ 195 Contract Product Liability

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury- Medical Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710Fair Labor Standards Act
- 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc.
- ☐ Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (13958)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS - Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reappointment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities Exchange
- ☐ 875 Customer Challenge 12 USC
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State
- ☐ 890 Other Statutory Actions

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectmant
- ☐ 240 Tort to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence Habeas Corpus
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☒ 550 Civil Rights

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒ 1 Original Proceeding ☐ 2 Removal from State Court ☐ 3 Remanded from Appelate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23 **DEMAND $** Check YES only if demanded in complaint: **JURY DEMAND:** ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):** JUDGE Docket Number

DATE 5/29/2008 ~~SIGNATURE OF ATTORNEY OF RECORD~~ R-Mullen