UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARDY CHADWICK,<br>CDCR #T-13047,<br><br>        Plaintiff,<br><br>vs.<br><br>SAN DIEGO POLICE DEP'T;<br>JOHN DOE, San Diego Police Officer;<br>DAVID L. RACKIN, Lawyer;<br>HALL, Officer,<br><br>        Defendants. | Civil No. 08-0966 BTM (POR)<br><br>**ORDER DISMISSING CIVIL ACTION WITHOUT PREJUDICE FOR FAILING TO PAY FILING FEE REQUIRED BY 28 U.S.C. § 1914(a)** |

### I. PROCEDURAL BACKGROUND

Ardy Chadwick ("Plaintiff"), a prisoner currently incarcerated at the California Men's Colony in San Luis Obispo, California, and proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on May 29, 2008. In his Complaint, Plaintiff alleges that San Diego Police Officer Hall and another unidentified San Diego police officer unlawfully arrested and beat him during a drug-related incident in June 2005. (*See* Compl. at 1-4.)  Plaintiff further alleges his attorney failed to permit him to proceed to trial, refused to let him review discovery and failed to return his phone calls. (*Id.* at 5.)  Plaintiff demands a jury trial and seeks $3.15 million in general and punitive damages. (*Id.* at 7.)

/ / /

1       At the time of filing, Plaintiff did not prepay the $350 filing fee required by 28 U.S.C.
2 § 1914(a) to commence a civil action; nor did he file a Motion to Proceed *In Forma Pauperis*
3 ("IFP") pursuant to 28 U.S.C. § 1915(a).  Therefore, on June 9, 2008, the Court ordered him to
4 show cause why his case should not be dismissed by either:  (1)  prepaying the $350 filing fee,
5 or (2) submitting a Motion to Proceed IFP by July 7, 2008.  *See* June 9, 2008 Order to Show
6 Cause ("OSC") [Doc. No. 2] at 2.

7       On June 23, 2008, Plaintiff responded to the OSC by submitting a Motion to Proceed IFP
8 [Doc. No. 3].  However, on July 8, 2008, the Court denied Plaintiff's IFP motion because he has
9 accumulated more than three "strikes" pursuant to 28 U.S.C. § 1915(g), and has not made a
10 "plausible allegation" that he is under imminent danger of serious physical injury.  *See* July 8,
11 2008 Order [Doc. No. 4] at 5.  However, the Court's July 8, 2008 Order granted Plaintiff 45 days
12 in which to pay the full $350 filing fee, or face dismissal.  That time has more than passed, but
13 Plaintiff has yet to comply with or in any way respond to the Court's Order.

14     **II.**    **CONCLUSION AND ORDER**

15       Accordingly, this action is hereby DISMISSED without prejudice for failure to pay civil
16 filing fees required by 28 U.S.C. § 1914(a).

17       The Clerk shall close the file.

18       **IT IS SO ORDERED.**

19 DATED:  November 3, 2008

20

21               Honorable Barry Ted Moskowitz
                United States District Judge